*Mr. Jason L. Honigman* for respondent.

No. 429. SCHOOL BOARD OF NORFOLK ET AL. *v.* ALSTON ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. M. Hughes, Jr.* for petitioners. *Messrs. Leon A. Ransom, Thurgood Marshall, Benjamin Kaplan,* and *W. Robert Ming, Jr.* for respondents.

No. 430. STANOLIND PIPE LINE CO. *v.* OKLAHOMA TAX COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Donald Campbell, Guy H. Woodward,* and *John H. Cantrell* for petitioner. *Mr. F. M. Dudley* for respondent.

No. 432. EINSON-FREEMAN CO., INC. *v.* CORWIN, FORMER COLLECTOR OF INTERNAL REVENUE, ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel Gordon James Judge* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondents.

No. 433. CANADIAN RIVER GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wales H. Madden, C. H. Keffer, Elmer L. Brock, John P. Akolt, E. R. Campbell, Milton Smith,* and *William A. Dougherty* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,*

694

and *Messrs. Melvin H. Siegel* and *Thomas E. Harris* for respondent.

No. 446. SCHMIDT *v.* MINNESOTA STATE BOARD OF MEDICAL EXAMINERS. See *ante,* p. 617.

No. 246. MARTIN *v.* CALIFORNIA. See *ante,* p. 618.

No. 449. VERNON *v.* ALABAMA. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Walter S. Smith* for petitioner. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, *William H. Loeb,* and *Prime F. Osborn,* Assistant Attorneys General, for respondent.

No. 457. ADAMS *v.* BOYCE ET. AL. November 12, 1940. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *Melville Adams, pro se. Mr. W. I. Gilbert* for Dr. William A. Boyce. et. al., and *Mr. Woodward M. Taylor* for Lutheran Hospital Society, respondents.

No. 397. JACOBS *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Fred G. Benton* for petitioner.